STATE OF MONTANA, Plaintiff, vs. WILLIAM "BILL" BROWN, Defendant.

DECISION

No. DC-80-70

The application of the above-named defendant for a review of the sentence of 10 years imposed on May 1, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Division sustains the sentence imposed by the Sentencing Judge. The Defendant's background and prior history were considered and the sentence imposed was in line with other sentences of this nature.

We wish to thank Bob Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 11th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Salansky

STATE OF MONTANA, Plaintiff, vs. TERRY SHANNON BUSSARD, Defendant.

DECISION

No. 1380

The application of the above-named defendant for a review of the sentence of 3 years imposed on December 16, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The Defendant wishes to withdraw his petition for Sentence Review. The petition will be considered no further by the Sentence Review Division.

We wish to thank Tom Anacker of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gray, James Salansky